*The Mohawk Bank* v. *Isaac M. Schermerhorn et al.* J. RHOADES, for complainant; I. HARRIS, for defendants. Application to open default, and set aside decree, denied with costs.

*Lewis Curtis et al.* v. *David Leavitt, receiver &c. et al. David Leavitt, receiver* v. *Lewis Curtis et al.* B. W. BONNEY, for petitioner; G. N. TITUS, for Leavitt; W. C. NOYES, for trustees.— Order authorizing special receiver to pay the necessary counsel fees incurred in those suits which he has adopted, and carried on in the names of the trustees, out of the funds in his hands arising from any of those suits.

*In the matter of the Croton Insurance Company.* J. N. TAYLOR, for petitioner. This was an application by the receiver of an insolvent Company for leave to re-insure the risks of the corporation ; for leave to compromise claims against it; and for leave to pay the officers of the company their salaries, in full. The Chancellor decided that the officers of the institution were not entitled to any preference, in payment, over other creditors; but he directed the receiver to allow them only the amounts due to them up to the time of his appointment, as debts to be paid rateably with other creditors. *Insolvent corporation.*

The order also allowed the receiver to compromise doubtful claims against the company, by the allowance of so much thereof as he may deem just and equitable; and to submit any such claim to arbitration, as provided for in the statute. Receiver also allowed to compromise with debtors of the corporation who are unable to pay in full, upon the receipt of a part of the amount.

So much of the application as asks for leave to re-insure the risks of the company, denied.